AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence; 36 C.F.R. § 1004.23(c)(2) - Refusal to Submit to a Chemical Test; 36 C.F.R. § 1004.22(b)(2) - Unsafe Operation of a Motor Vehicle

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
6 months jail
$5,000 fine
$10 special assessment fee

E-filing

**DEFENDANT - U.S.**
▶ CRISTIAN STREETER

**DISTRICT COURT NUMBER**
CR 08  0053 MAG

FILED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): WENDY THOMAS

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney



E-filing

FILED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) CR 08  0053 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(c)(2) - Refusal to Submit to a Chemical Test (Class B Misdemeanor); 36 C.F.R. § 1004.22(b)(2) - Unsafe Operation of a Motor Vehicle |
| v. | |
| CRISTIAN STREETER, | |
| Defendant. | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol

On or about December 7, 2007, while within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust in the Northern District of California, the defendant,

CRISTIAN STREETER,

did operate and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

INFORMATION

1  COUNT TWO: 36 C.F.R. §1004.23(c)(2) - Refusal to Submit to a Chemical Test

2  On or about December 7, 2007, while within the boundaries of an area under the purview of
3  the National Park Service and administered by the Presidio Trust in the Northern District of
4  California, the defendant,

5  CRISTIAN STREETER,

6  refused the request and direction of an authorized person to submit to a test of blood and breath
7  for the purpose of determining the defendant's blood alcohol when the authorized person had
8  probable cause to believe the defendant was under the influence of alcohol, in violation of Title
9  36, Code of Federal Regulations, Section 1004.23(c)(2), a Class B Misdemeanor.

10 COUNT THREE: 36 C.F.R. §1004.22(b)(2) - Unsafe Operation of a Motor Vehicle

11 On or about December 7, 2007, while within the boundaries of an area under the purview of
12 the National Park Service and administered by the Presidio Trust in the Northern District of
13 California, the defendant,

14 CRISTIAN STREETER,

15 did operate a motor vehicle in a manner which unnecessarily caused its tires to break free of the
16 road surface, in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(2), a
17 Class B Misdemeanor.

19 DATED: 2/5/2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION