DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 2M

| | |
|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | |
| DEPUTY CLERK: Karen L. Hom | REPORTER/FTR: FTR 10:33 to 10:35 |
| MAGISTRATE JUDGE: JOSEPH C. SPERO | DATE: April 4, 2008 |
| NEW CASE: ☐ | CASE NUMBER: CR08-0053 MAG |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD ☐ RET. ☒ APPT ☐ |
|---|---|---|---|---|---|
| Cristian Streeter | | N | P | Ken Wine for Adam Gasner | |

- U.S. ATTORNEY: Lillian Tsang, LC/Wendy Thomas
- INTERPRETER:
- FIN. AFFT SUBMITTED: ☐
- COUNSEL APPT'D: ☐
- PROBATION OFFICER:
- PRETRIAL SERVICES OFFICER:
- DEF ELIGIBLE FOR APPT'D COUNSEL: ☐
- PARTIAL PAYMENT OF CJA FEES: ☐

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☒ STATUS
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐

☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER:

### CONTINUANCE

| TO: 07/29/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☒ ~~OTHER~~ Bench Trial |
| BEFORE HON. Judge Spero | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

KLH, JCS

DOCUMENT NUMBER: