JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

  450 Golden Gate Avenue, 11th Floor
  San Francisco, California 94102
  Telephone: (415) 436-6809
  Fax:        (415) 436-7234
  Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 08 0053 MAG |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER AND STIPULATION MOVING PRE-TRIAL CONFERENCE FROM JULY 25, 2008 TO JULY 23, 2008** |
| CRISTIAN STREETER, | |
| Defendant. | |

   This matter is currently set for a pretrial conference on July 25, 2008, at 1:30 p.m.  The parties in this case hereby stipulate that, subject to the court's approval, the pretrial conference in the above-captioned matter be moved to July 23, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard.  The reason for the stipulation is that government counsel will be unavailable on the presently set date.

//

//

**[PROPOSED[ ORDER AND STIPULATION FOR MOVING PRETRIAL CONFERENCE CR 08 0053 MAG**

Both parties are available on the requested date.

IT IS SO STIPULATED.

DATED: 5/21/08                          _____/s/_____
                                        ADAM GASNER
                                        Counsel for Cristian Streeter


DATED: 5/21/08                          _____/s/_____
                                        WENDY THOMAS
                                        Special Assistant U.S. Attorney


IT IS SO ORDERED.


DATED:_____                  _____
                                        THE HON. JOSEPH C. SPERO
                                        United States Magistrate Judge

**[PROPOSED[ ORDER AND**
**STIPULATION FOR MOVING PRETRIAL CONFERENCE**
**CR 08 0053 MAG**                    2