1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
     Telephone: (415) 436-6809
7    Fax:         (415) 436-7234
     Email: wendy.thomas@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,      )   Criminal No. CR 08 0053 MAG
                                   )
14       Plaintiff,                )
                                   )
15                                 )   [~~PROPOSED~~] ORDER AND
         v.                        )   STIPULATION MOVING PRE-TRIAL
16                                 )   CONFERENCE FROM JULY 25, 2008 TO
    CRISTIAN STREETER,             )   JULY 23, 2008
17                                 )
         Defendant.                )
18                                 )
    _____ )
19

20       This matter is currently set for a pretrial conference on July 25, 2008, at 1:30 p.m.  The

21  parties in this case hereby stipulate that, subject to the court's approval, the pretrial conference in

22  the above-captioned matter be moved to July 23, 2008 at 1:30 p.m., or as soon thereafter as the

23  matter may be heard.  The reason for the stipulation is that government counsel will be

24  unavailable on the presently set date.

25  //

26  //

27

28  [~~PROPOSED~~[ ORDER AND
    **STIPULATION FOR MOVING PRETRIAL CONFERENCE**
    **CR 08 0053 MAG**

    Both parties are available on the requested date.

    IT IS SO STIPULATED.

DATED: 5/21/08                                    /s/
                                               ADAM GASNER
                                               Counsel for Cristian Streeter

DATED: 5/21/08                                    /s/
                                               WENDY THOMAS
                                               Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED: May 22, 2008                             THE HONORABLE JOSEPH C. SPERO
                                               United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION FOR MOVING PRETRIAL CONFERENCE
CR 08 0053 MAG**                    2