# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CRIMINAL MINUTE ORDER</u>

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURT DEPUTY**: Karen Hom

**DATE**:  July 23, 2008     **COURT REPORTER**: Kathy Sullivan

**CASE NO. CR08-0053 JCS**

**NAME:**     USA vs. Cristian Streeter (Dft present)

**TIME:**   5 Mins

**COUNSEL FOR GOVERNMENT:**     **COUNSEL FOR DEFENDANT:**
**Wendy Thomas**     **Adam G. Gasner**
**Alana St. Aude, Law Clerk**

**PROCEEDINGS**:
1. Final Pretrial Conference - Held.

**ORDERED AFTER THE HEARING:**

Gov't objected to Dft's photos. Dft will need to lay a foundation before offering photos as an exhibit.

**CASE CONTINUED TO**: July 29, 2008, at 9:00 AM for Bench Trial.

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney   [ ]  Defendant   [ ]  Court

**JUDGMENT:**