# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

**JUDGE:** JOSEPH C. SPERO     **COURTROOM DEPUTY:** Karen L. Hom

**DATE:** July 29, 2008     **COURT REPORTER:** Kathy Sullivan

**CASE NO. CR08-0053 JCS**     **TIME: 9:03 AM to 12:31 PM (3.5 hrs)**

**TITLE:** UNITED STATES OF AMERICA v. CRISTIAN STREETER(present, no custody)

**BENCH TRIAL DAY NO. 1**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Wendy Thomas | Adam Gasner, retained |
| Alona St. Aude, Law Clerk | |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Bench Trial | Held. |
| 2. Dft's Oral Motion for Directed Verdict | Denied. |

FILED JUL 29 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Parties stipulated to the admission of joint exhibits A-D. Opening statements waived. Closing arguments heard.
Defendant referred to USPO for a pre-sentence report.

**WITNESSES:** Officer James Guenette; Officer Daniel A. Belman; Dr. Nikolas Lemos; Cristian Streeter.

**EXHIBITS MARKED/ADMITTED INTO EVIDENCE:** Joint Exhibits A-D.

**VERDICT:** Count 1 Driving Under the Influence- Not guilty; Count 2 Refusal to Submit to a Chemical Test - Guilty; Count 3 Unsafe Operation of a Motor Vehicle -Not guilty.

**CASE CONTINUED TO:**   November 7, 2008, at 10:30 AM for Judgment & Sentencing.