UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

**JUL 2 9 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR08-0053-1 JCS**      Case Name: **USA** V. **CRISTIAN STREETER**

**EXHIBIT and WITNESS LIST**

| **JUDGE** JOSEPH C. SPERO | **PLAINTIFF ATTORNEY:** Wendy Thomas & Alana St. Aude, Law Clerk | **DEFENSE ATTORNEY:** Adam Gasner |
|---|---|---|

| **TRIAL DATE:** July 29, 2008 at 9:00 AM | **REPORTER(S):** Kathy Sullivan | **CLERK:** KAREN L. HOM |
|---|---|---|

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8;52 AM | | | Defendant and counsel present. |
| | | 8:54 AM | | | AUSA and law clerk present. |
| | | 9:03 AM | | | Court convened. |
| | | | | | Counsel stipulated to admission of Joint Exhibits A-D. |
| Joint Exh. A, B, C, D | | | X | X | Joint exhibits admitted. |
| | | | | | Gov't and Defendant waived opening statements. |
| | | 9:06 AM | | | Gov't called Officer James Guenette. Witness oath administered. |
| | | | | | Direct examination by Wendy Thomas. |
| Jt D | | 9:09 AM | | | Jt. Exhibit D - Map |
| Jt C | | 9:14 AM | | | Jt. Exhibit C - View of curb. |
| | | 9:25 AM | | | Cross-examination by Adam Gasner. |
| | | 9:35 AM | | | Re-direct exam by Wendy Thomas. |
| | | | | | Witness James Guenette excused. |
| | | 9:36 AM | | | Gov't called Officer Daniel Belman. Witness oath administered. |
| | | | | | Direct examination by Alona St. Aude, AUSA Law Clerk. |
| | | 9:43 AM | | | Witness Belman excused. |
| | | | | | Gov't called Dr. Nikolas Lemos. Witness oath administered. |
| | | | | | Direct exam by Wendy Thomas. |

Case No: **CR08-0053-1 JCS**          Case Name:  **USA**  V.  **CRISTIAN STREETER**

Date: July 29, 2008

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---------|---------|--------------|-----|-----|-------------|
| | | 10:10 AM | | | Cross-exam by Adam Gasner. |
| | | 10:23 AM | | | Re-direct exam by Wendy Thomas. |
| | | 10:25 AM | | | Re-cross-exam by Adam Gasner. |
| | | | | | Witness Lemos excused. |
| | | 10:26 AM | | | Court recessed. |
| | | 10:40 AM | | | Court resumed. |
| | | 10:41 AM | | | Dft's Oral Motion for Directed Verdict of Not Guilty As To All 3 Counts. |
| | | | | | Motion DENIED. |
| | | | | | Dft Cristian Streeter.  Witness oath administered. |
| | | | | | Direct exam by Adam Gasner. |
| | Jt C | 10:57 AM | | | Jt. Exh. C - View of Curb |
| | Jt. A | 10:59 AM | | | Jt. Exh. A - Street view. |
| | Jt. B | 11:01 AM | | | Jt. Exh. B - close up of speed bumps. |
| | | 11:11 AM | | | Cross-exam by Wendy Thomas. |
| | | 11:25 AM | | | Court examined witness Streeter. |
| | | 11:27 AM | | | Witness Streeter excused. |
| | | 11:28 AM | | | Gov't closing argument. |
| | | 11:55 AM | | | Dft's closing argument. |
| | | 12:10 PM | | | Gov't rebuttal argument. |
| | | 12:12 PM | | | Court recessed. |
| | | 12:27 PM | | | Court reconvened. |
| | | | | | |
| | | | | | |

Case No: **CR08-0053-1 JCS**        Case Name: **USA** V. **CRISTIAN STREETER**

Date: July 29, 2008

## EXHIBIT and WITNESS LIST

Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Court rendered it's verdict. |
| | | | | | Count 1: Driving Under the Influence of Alcohol - Not Guilty |
| | | | | | Count 2: Refusal to Submit to a Chemical Test - Guilty |
| | | | | | Count 3: Unsafe Operation of a Motor Vehicle - Not Guilty. |
| | | | | | Defendant referred to USPO for a pre-sentence report. |
| | | . | | | Judgment and Sentencing set for November 7, 2008, at 10:30 AM before Judge Spero. |
| | | 12:31 PM | | | Court recessed. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |