UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR08-1053 JCS          DATE July 29, 2008

USA _____ vs. Cristian Streuter

EXHIBIT LIST

(X) PLAINTIFF     FILED ( ) DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| JT Exh A | ✓ | ✓ (7/29/8) | Street view of speed bumps. |
| JT Exh B | ✓ | ✓ (7/29/8) | Close up of speed bumps |
| JT Exh C | ✓ | ✓ (7/29/8) | View of curb. |
| JT Exh D | ✓ | ✓ (7/29/8) | Map of Presidio |

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA